UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GARY M. CHATTEM,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGEIT, et al.,<br><br>Defendants. | Case No. 2:13-cv-00522-MMD-NJK<br><br>ORDER<br><br>(Order re Plaintiff's Pending Motions) |

Defendant Bank of America, N.A. ("BANA") removed this case from the Eighth Judicial District of Clark County, Nevada, to this Court on March 26, 2013. (Dkt. no. 1.) BANA informs the Court that Plaintiff filed two motions with the Eighth Judicial District: (1) a motion to quash temporary writ of restitution, on March 19, 2013; and (2) a motion for a preliminary injunction, on March 19, 2013. BANA states that it has not yet responded to Plaintiff's Motions. IT IS HEREBY ORDERED that BANA must respond to Plaintiff's Motions by April 1, 2013. In its briefing, BANA is instructed to inform the Court as to the status of Plaintiff's eviction, which Plaintiff had stated would occur on March 21, 2013 (*see* dkt. no. 1-14 at 5).

DATED THIS 27th day of March 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE